# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Comar LLC | 12/20/2022 | 266380 | Check | $ 42,806.38 |
| Akorn Operating Company, LLC | Comar LLC | 1/6/2023 | 266907 | Check | $ 27,042.79 |
| Akorn Operating Company, LLC | Comar LLC | 1/20/2023 | 266984 | Check | $ 23,153.00 |
| Akorn Operating Company, LLC | Comar LLC | 2/8/2023 | 267285 | Check | $ 73,451.67 |
| Akorn Operating Company, LLC | Comar LLC | 2/22/2023 | 267335 | Check | $ 30,775.05 |
|  |  |  |  |  | $ 197,228.89 |